THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* SYLVESTER MINGO, Petitioner-Appellant.

(No. 61065; )

First District (3rd Division)—June 19, 1975.

PER CURIAM.

Paul Bradley and Gordon Berry, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Raymond J. Prosser, and Eugene J. Rudnik, Jr., Assistant State's Attorneys, of counsel), for the People.

WARREN F. SPENCER, M.D., Plaintiff-Appellant, *v.* THE COMMUNITY HOSPITAL OF EVANSTON *et al.*, Defendants-Appellees.

(No. 61100; )

First District (3rd Division)—June 19, 1975.